**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00049-CV

### IN RE CATHERINE KARLSENG, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-14206-K**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. The Court **ORDERS** the trial judge, the Honorable Craig Smith, Judge of the 192nd Judicial District Court, to **VACATE** his November 25, 2013 "Order Granting Plaintiff's Designation of Assets (Related to Catherine Karlseng Received Income) for Turnover to Receiver and Granting Powers and Duties of Receiver."

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

The Court **ORDERS** relator, Catherine Karlseng, **within ten (10) days of the date of this order,** either to: (1) dismiss her appeal, cause number 05-14-00105-CV, or (2) to file a letter brief in cause number 05-14-00105-CV of no more than 3 pages explaining how, in

light of the Court's disposition of her petition for writ of mandamus, this Court has jurisdiction over the appeal in cause number 05-14-00105-CV. If Relator files a jurisdiction letter brief, real party may file a responsive letter brief of no more than 3 pages within 10 days of relator's brief. No extension of time will be granted. If either party will be relying on information not in the record before this Court that party must obtain a supplemental clerk's record from the trial court containing that information. After it has received briefs regarding the jurisdictional issue, the Court will either: (1) order the appeal dismissed for want of jurisdiction; or (2) notify the parties by letter that the Court has jurisdiction over the appeal and, if appropriate, of any pending deadlines. We caution you that failure to file a jurisdictional brief may result in dismissal of the appeal without further notice.

We **ORDER** that relator recover her costs of this original proceeding from real party in interest.

/s/     ELIZABETH LANG-MIERS
           JUSTICE